UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARALENE J. CALE,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>　　　　Defendant(s). | Case No. 2:21-cv-00683-NJK<br><br>**ORDER** |

Kilolo Kijakazi is now Acting Commissioner of Social Security. *See* Docket No. 6 at 1 n.1. A "[public] officer's successor is automatically substituted as a party." Fed. R. Civ. P. 25(d). Accordingly, the Clerk's Office is **INSTRUCTED** to substitute Kilolo Kijakazi in place of Andrew Saul.

IT IS SO ORDERED.

Dated: August 23, 2021

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1